

FILED

SEP 1 9 2019

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | **4:19CR00775 AGF/SPM** |
| v. | ) No. | |
| JEREMY D. ROGERS, | ) ) ) | |
| Defendant. | ) | |

## INDICTMENT

## COUNT I

The Grand Jury charges that:

From on or between July 14, 2019 and July 20, 2019, in St. Louis County, Missouri within the Eastern District of Missouri and elsewhere, in and affecting interstate commerce, the defendant,

### JEREMY D. ROGERS,

did knowingly recruit, entice, harbor, transport, provide, obtain, maintain, patronize and solicit "Jane Doe," having had a reasonable opportunity to observe "Jane Doe" and knowing or in reckless disregard that "Jane Doe" was under the age of 18 years old and knowing and in reckless disregard that "Jane Doe" would be caused to engage in a commercial sex act,

in violation of Title 18, United States Code, Sections 1591(a)(1), 1591(b)(2), 1591(c) and 1594(a).

## COUNT II

The Grand Jury further charges that:

From on or between July 14, 2009 and July 20, 2019, in St. Louis County, Missouri within the Eastern District of Missouri and elsewhere,

**JEREMY D. ROGERS,**

the defendant herein, being required by Federal and other law to register as a sex offender, did commit a felony offense involving a minor under Title 18, United States Code, Section 1591, to wit: the felony offense alleged in Count I of this Indictment;

in violation of Title 18, United States Code, Section 2260A.


A TRUE BILL.


_____

FOREPERSON


JEFFREY B. JENSEN
United States Attorney


_____

JILLIAN S. ANDERSON, #53918MO
Assistant United States Attorney